UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

HOWARD COHAN,

    Plaintiff,

                                                          CASE NO.: 9:20-CV-82136-RS

vs.

PREZZO PARK PLACE, LLC.,
a Florida Limited Liability Company,
d/b/a PREZZO

    Defendant(s).
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    The Plaintiff, HOWARD COHAN and the Defendant, PREZZO PARK PLACE, LLC, a Florida Limited Liability Company d/b/a PREZZO, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against PREZZO PARK PLACE, LLC, a Florida Limited Liability Company d/b/a PREZZO; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

    RESPECTFULLY SUBMITTED January 4, 2021.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Secondary Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Ryan H. Lehrer**
Ryan H. Lehrer, Esq.
Florida Bar No. 0084423
**TRIPP SCOTT, P.A.**
110 Southeast 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500
rhl@trippcott.com
sxc@trippscott.com
Eservice@trippscott.com
*Counsel for Defendant*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    **/s/ Gregory S. Sconzo**
                                                    **Gregory S. Sconzo, Esq.**