**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-82136-CIV-SMITH**

HOWARD COHAN,

    Plaintiff,

v.

PREZZO PARK PLACE, LLC,

    Defendant.

_____/

**ORDER OF FINAL DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 8].  Upon consideration, it is

**ORDERED** that:

1. This action is **DISMISSED with prejudice**;

2. All pending motions not otherwise ruled upon are **DENIED as moot**;

3. Each party shall bear its own fees and costs except as provided for in the Parties' Settlement Agreement;

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of January, 2021.

                                                  RODNEY SMITH
                                                UNITED STATES DISTRICT JUDGE

cc:    All counsel of record